```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
MOISES ALEXIS,                           :
                                         :
             Plaintiff,                  :    07 Civ. 5973 (JSR)
                                         :
        -v-                              :           ORDER
                                         :
CITY OF YONKERS, et al.,                 :
                                         :
             Defendants.                 :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    Pursuant to the Rules for the Division of Business Among District Judges for the Southern District of New York, Rules 21 and 22, the Clerk of the Court is directed to transfer this case to the White Plains Courthouse.

    SO ORDERED.

                                                                           JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 7, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-07