04/10/2008 13:48 FAX 718 678 8062    WELTON K. WISHAM, ESQ.    ☒003/003
04/10/2008 09:54 FAX 9148640583    Yonkers Corp. Counsel    ☒002/002
04/10/2008 10:53 FAX 718 678 8062    WELTON K. WISHAM, ESQ.    ☒002/002

Case 7:07-cv-05973-CLB    Document 8    Filed 04/10/2008    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK      X

MOISES ALEXIS )
)
    Plaintiff, )
) ECF CASE
)
) Civil Action
V. ) 07 CV 5973 (C.L.B.)
)
CITY OF YONKERS, CITY OF YONKERS POLICE DEPATMENT,) Notice of Voluntary
POLICE OFFICERS, CHRISTIAN KOCH, Badge No. 137, IN HIS ) Dismissal Without
    Prejudice. & ORDER
INDIVIDUAL AND OFFICIAL CAPACITY, JOHN DOE NO. 1, )
BADGE NO. 289. IN HIS INDIVIDUAL AND OFFICIAL CAPACITY,)
POLICE OFFICER, JOHN DOE NO. 2, BADGE NO. 284, IN HIS )
INDIVIDUAL AND OFFICIAL CAPACITY, POLICE OFFICER, JOHN
DOE NO. 3., BADGE NO. 960, IN HIS INDIVIDUAL AND OFFICIAL)
CAPACITY, AS POLICE OFFICERS OF THE CITY OF YONKERS )
NEW YORK. )
    Defendants,
                                  X

    PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 41(a) (1), Plaintiff through his attorney Welton K. Wisham, of the Law Offices of Welton K. Wisham, hereby dismisses this action in its entirety without prejudice. Plaintiff was recently convicted in Yonkers Criminal Court of Resisting Arrest, Disorderly Conduct, and Attempted Assault in the Third Degree. Therefore, the plaintiff withdraws the instant action without prejudice.

Dated; April 10, 2008

    New York, New York

                                                                 *[signature]*

                                                   By: Welton K. Wisham, Esq. WW 8674
                                                   The Law Offices of Welton K. Wisham
                                                   305 Broadway 9th Floor
                                                   New York, New York 10007
                                                   212-822-1496
                                                   Attorney for the Plaintiff

*[signature]*

Rory McCormick
Corporation Counsel
Attorney for Defendants
City of Yonkers
City Hall Room 300
Yonkers, New York, 10701
(914) 377-6240

                                     *So Ordered:*

                                     *[signature] Charles Brieant*
                                     4-10-2008          USDJ

1